UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR SANCHEZ-MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>D. FREITAS, et al.,<br><br>Defendants. | Case No. 22-cv-07144-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION; RESETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 42 |

Good cause being shown, the Court GRANTS Plaintiff the requested two-month extension of time to file his opposition to Defendants' summary judgment motion. Dkt. No. 42. Plaintiff shall file his opposition by August 15, 2025. Defendants shall file their reply brief by August 29, 2025. No further extensions of time will be granted to Plaintiff. Plaintiff has had two years to conduct discovery and has been granted a two-month extension of time to prepare his opposition.

This order terminates Dkt. No. 42.

**IT IS SO ORDERED.**

Dated: 7/11/2025

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge