UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIO CESAR SANCHEZ-MARTINEZ,

Plaintiff,

v.

D. FREITAS, et al.,

Defendants.

Case No.  22-cv-07144-HSG

**JUDGMENT**

The Court has granted summary judgment in favor of Defendants.  Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk shall terminate all pending motions as moot and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   2/3/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge